# EXHIBIT G

## Nathaniel Elishaev

| | |
|---|---|
| **From:** | ▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| **Sent:** | Thursday, June 24, 2021 9:47 AM |
| **To:** | Valerie Susanto |
| **Cc:** | Icha Ubs; Nathaniel Elishaev |
| **Subject:** | Re: Hold Shipment |
| **Attachments:** | image001.jpg |

Dear Valerie.
I hope this email finds you well. I understand your position but this decision you are taking put us in a very difficult situation since at this moment we have an important amount of ready merchandise to be shipped for your company. You can well understand what mean for us keeping the gold stucked at our warehouse (interests with the bank, lacking of raw material for new orders, etc).
I really hope you can find a solution for this unpleasant situation for both sides.
Thanks as always for your help.
Have a great day.
▇▇▇▇▇▇

Il gio 24 giu 2021, 15:02 Valerie Susanto <valerie@alishaevbrosay.com> ha scritto:

Dear ▇▇▇▇

With the situation going on with Customs clearance right now, we decided to hold the shipment until further notice.

Thank you.

Best Regards,



**Valerie Susanto**

**Alishaev Brothers AY, Inc**

20 W 47th Street, Suite 203, New York, NY 10036

1



*Valerie Susanto*

**Alishaev Brothers AY, Inc**
20 W 47th Street, Suite 203, New York, NY 10036
Ph: 212-302-7817 Fax: 212-921-4620
valerie@alishaevbrosay.com

*The information contained in this email message and any attachments may be privileged and/or confidential. It is for intended addressee(s) only. If you are not the intended recipient, you are hereby notified that any review, disclosure, reproduction, distribution or other use of this communication is strictly prohibited. If you received this email in error, please notify the sender by reply and delete the message without saving, copying or disclosing it. Thank you.*

This message has been scanned for viruses and dangerous content by Filk.