# EXHIBIT H

## Nathaniel Elishaev

**From:** Valerie Susanto
**Sent:** Thursday, June 24, 2021 9:04 AM
**To:** Nathaniel Elishaev
**Subject:** FW: Inv# CX 335

**From:** ███████
**Sent:** Friday, June 18, 2021 2:30 AM
**To:** Valerie Susanto <valerie@alishaevbrosay.com>
**Cc:** ███████
**Subject:** R: Inv# CX 335

Hi Valerie,

We hope all is well with you and thanks for update.

We will be able to hold the package.
Yuri text me last night you should be making payment today Friday for the same, as we must keep the ball rolling to confirm the following shipments.

Please help making sure payment is processed today, just remember Yuri with no pressure on him.
I know he willing to support at best.

Thanks a lot for help Valerie, enjoy your day and weekend.
Best regards,

███████

---

**Da:** Valerie Susanto [mailto:valerie@alishaevbrosay.com]
**Inviato:** giovedì 17 giugno 2021 22:56
**A:** ███████
**C** ███████
**Oggetto:** Inv# CX 335

Dear ███,

I am really sorry for the late notice. In regard of the inv# CX335 , Mr. Yuri decided to hold the shipment until the problem with customs clearance is solve.

Thank you.

Best Regards,

1

Ph: 212-302-7817 Fax: 212-921-4620

valerie@alishaevbrosay.com

*The information contained in this email message and any attachments may be privileged and/or confidential. It is for intended addressee(s) only. If you are not the intended recipient, you are hereby notified that any review, disclosure, reproduction, distribution or other use of this communication is strictly prohibited. If you received this email in error, please notify the sender by reply and delete the message without saving, copying or disclosing it. Thank you.*